UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON JOSE MANUEL OSORIO ORTEGA (A-214-330-668),<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No.  1:26-cv-01085-DC-CSK (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 11, 14) |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 1, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations, but state merely that they object for the reasons stated in their "previously filed pleadings."  ECF No. 15.  However, those arguments have already been addressed by the magistrate judge in the findings and recommendations and by the undersigned in the court's order granting Petitioner's motion for a temporary restraining order (ECF No. 13). Thus, Respondents' objections do not provide a basis upon which to reject the findings and

1

recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 14) are ADOPTED.

2.  Respondents' motion to dismiss (ECF No. 11) is DENIED.

3.  The petition for writ of habeas corpus (ECF No. 1) is GRANTED.

4.  Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner so long as petitioner qualifies for Temporary Protected Status under 8 U.S.C. § 1254a.  This injunction does not address other circumstances where detention authority is established under different authority than what is presented in this case (e.g., 8 U.S.C. § 1226(c) or 8 U.S.C. § 1231).

5.  Petitioner's complaint for a declaratory judgment, concurrently filed with his habeas petition, is DENIED.

6.  The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

_____
Dena Coggins
United States District Judge

2